APARTMENT EQUITIES CORPORATION, Respondent, v. WILLIAM BLUESTEIN and Others, Appellants.— Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

BUSH TERMINAL COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent. — Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Is the plaintiff entitled to take the depositions of the named witnesses under the order in this case, the defendant being a municipal corporation? Present — Lazansky, P. J., Hagarty, Scudder and Davis, JJ.; Carswell, J., not voting.

JOHN CARUCCI, Respondent, v. JOHN PALOMBELLA, Also Known as "JACK" PALOMBELLA, etc., Appellant.— Motion to enlarge time to the January, 1932, term granted on condition that within five days from the entry of the order herein appellant pay the ten dollars costs provided for in the order of November 6, 1931, and ten dollars costs of this motion, and upon the further condition that if appellant intends to review the interlocutory judgment, he print .the testimony taken before the Special Term for Trials; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE CITY OF YONKERS, Respondent, v. BENJAMIN W. MOORE and Others, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE CITY OF YONKERS, Respondent, v. CHARLOTTE C. WILL and Others, Defendants; GEORGE T. KELLY and Another, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

HYMAN GOLDBERG and ABRAHAM GARFINKEL, Copartners, etc., Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, January 4, 1932 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ADELE FIEDLER, Respondent, v. GEORGE FIEDLER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Premises on the Southerly Side of One Hundred and Fifteenth Avenue (Vistula Avenue), between One Hundred and Thirtieth Street and One Hundred and Thirty-first Street, South Ozone Park, for a School Site. In the Matter of the Application of COMBRO REALTY CORPORATION for the Payment of the Award to Damage Parcel No. 2.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.